IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD J. TAPPAN, | ) | |
| | ) | CIVIL ACTION NO. 1:10-CV-01782-RMC |
| PLAINTIFF, | ) | |
| | ) | FAIR CREDIT REPORTING ACT, |
| VS. | ) | 15 USCA §§ 1681 ET SEQ. |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC | ) | |
| | ) | |
| DEFENDANT. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: November 22, 2011

                                                          Respectfully submitted,

| /s/ Aimee Jessica Davis | /s/ Miguel F. Eaton |
|---|---|
| Richard J. Tappan | Miguel F. Eaton, Esq. (DC Bar# 983157) |
| By Counsel | Joseph W. Clark, Esq. (DC Bar# 468782) |
| Aimee Jessica Davis, | Jones Day |
| DC Bar No. 979096 | Attorneys for Defendant |
| A Davis Law Firm, P.A. | Experian Information Solutions INC |
| 1629 K Street, N.W. Suite 300 | 51 Louisiana Ave., NW |
| Washington, DC 20006 | Washington, DC 20001 |
| Phone: 703.864.6524 | 202.879.3939 (phone) |
| Fax:   888.202.8896 | 202.626.1700 (fax) |
| Email: aimee.davis@adavislawfirm.com | meaton@jonesday.com; jwclark@jonesday.com |

**CERTIFICATE OF SERVICE**

  This is to certify that I have this 22nd day of November served a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL via the Electronic Case Filing (ECF) System of the U.S. District Court for the District of Columbia to counsel for the Defendant as follows:

    Joseph W. Clark, Esq. (DC Bar# 468782)
    Miguel F. Eaton, Esq. (DC Bar# 983157)
    Jones Day
    51 Louisiana Ave., NW
    Washington, DC 20001
    202.879.3939 (phone)
    202.626.1700 (fax)
    jwclark@jonesday.com;  meaton@jonesday.com
    Counsel for Defendant Experian Information Solutions, Inc

                /s/ Aimee Jessica Davis
                _____
                Aimee Jessica Davis, Counsel for Plaintiff